FILED
2010 JUN 23 A 11: 3[?]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Mark Alan Shoemaker - #134828

_____/

CV 10 80145 MISC

VRW

### ORDER TO SHOW CAUSE

It appearing that Mark Alan Shoemaker has been enrolled as an inactive member of the State Bar of California pursuant to Section 6007 of the Business and Professions Code and that he may not practice law while so enrolled effective May 31, 2010,

**IT IS ORDERED**

That respondent show cause in writing on or before July 30, 2010 as to why he should not be so enrolled before this Court, pending further notice from the State Bar of California.

Dated:

_____
VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Mark Alan Shoemaker
Law Offices of Mark A. Shoemaker, APC
3800 E Anaheim St
Long Beach, CA 90804